IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT PALADINO,         )
    Petitioner,          )
                         )
        v.               )    Civil Action No. 09-20
                         )    (Criminal No. 04-172)
UNITED STATES OF AMERICA,)
    Respondent.          )

## ORDER

AND NOW, this 8th day of January, 2009, the Court, having received petitioner's motion to vacate [document #91 at Criminal No. 04-172], IT IS HEREBY ORDERED that any response to the motion shall be filed on or before February 6, 2009.

IT IS FURTHER ORDERED that any reply to a response shall be filed on or before February 23, 2009

                            BY THE COURT:

                            s/Gary L. Lancaster       , J.
                            Hon. Gary L. Lancaster,
                            United States District Judge

  cc:  Robert Paladino, #08133-068
       FCI-Seagoville
       P.O. Box 9000
       Seagoville, TX 75159-9000

       Stephen R. Kaufman,
       Assistant United States Attorney